IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00864-MSK-MEH

MICHAEL MOHR, individually and d/b/a ENCOMPAS REALTY GROUP,

    Plaintiff,

v.

MANUEL L. CABALLERO, individually and d/b/a ENCOMPASS REALTY,

    Defendant.

_____

## ORDER DISMISSING ACTION
_____

**THIS MATTER** comes before the Court pursuant to the Defendant's Motion to Dismiss for Lack of Personal Jurisdiction **(# 5)**, and the Plaintiff's response **(# 9)**.

Put briefly, both parties seek to use the name "Encompas[s] Realty" in their business operations. Believing that the Defendant intended to sue him over the use of the mark, the Plaintiff preemptive commenced this action **(# 1),** seeking a declaration of his rights to use the name. The Defendant moved to dismiss **(# 5)** the suit in this Court, alleging that he never directed his activities towards the State of Colorado, and thus, that the Court lacked personal jurisdiction over him. In response **(# 9)**, the Plaintiff consented to the dismissal of the action.

Accordingly, the Defendant's Motion to Dismiss **(# 5)** is **GRANTED**. The Complaint **(# 1)** is **DISMISSED** for lack of personal jurisdiction. The Clerk of the Court shall close this case.

Dated this 28th day of February, 2007

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge